UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:20-cv-00420

Name of party requesting extension: Le-Vel Brands, LLC

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 06/10/2020

Number of days requested:   ☐ 30 days
☐ 15 days
✔ Other 10 days

New Deadline Date: 7/11/20    *(Required)*

---

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Kevin Schutte

State Bar No.: 24033050

Firm Name: Shapiro Bieging Barber Otteson LLP

Address: 5430 Lyndon B Johnson Freeway Suite 1540

Phone: 214 337 0149

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.